**RECEIVED**
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 12/9/09

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KEY ENERGY SERVICES, LLC | * | CASE NO. 08-1416 |
| PLAINTIFF | * | SECTION: TLM |
| VERSUS | * | MAGISTRATE: CMH |
| TOLAR ENERGY, L.L.C. | * | |
| DEFENDANTS | * | |

\* \* \* \* \* \* \*

## CONSENT JUDGMENT

Having been advised that this matter has been amicably resolved and that the parties wish to have Judgment rendered as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment be rendered in favor of Key Energy Services, LLC ("Key"), against Tolar Energy, LLC ("Tolar"), in the full sum of ONE HUNDRED THOUSAND AND NO/100 ($100,000.00) DOLLARS, with each party to bear its own costs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that in satisfaction of this Judgment, Tolar will make payment to Key an amount totaling ONE HUNDRED THOUSAND AND NO/100 ($100,000.00) DOLLARS within six (6) months of the entry of this Judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Judgment shall not be enforceable or recorded unless and until Tolar fails to make full payment to Key within six (6) months of the entry of this Judgment, after which time Key shall be entitled to enforce this Judgment to the fullest extent permitted by law.

**IT IS FURTHER ORDERED, ADJUDICATED AND DECREED** that this Court will retain jurisdiction over this matter until the aforesaid judgment is satisfied.

Lafayette, Louisiana, this __9__ day of __December__, 2009.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

| | |
|---|---|
| STEWART F. PECK (#10403) | JONATHAN B. ANDRY (#20081) |
| BENJAMIN W. KADDEN (#29927) | THE ANDRY LAW FIRM |
| KATHY A. RITO (#31302) | 610 Baronne Street |
| LUGENBUHL, WHEATON, PECK, | New Orleans, LA 70113 |
| RANKIN & HUBBARD | Telephone: (504) 586-8899 |
| 601 Poydras Street, Suite 2775 | Facsimile: (504) 586-8933 |
| New Orleans, LA 70130 | *Attorney for Tolar Energy, LLC* |
| Telephone: (504) 568-1990 | |
| Facsimile: (504) 310-9195 | |
| *Attorneys for Key Energy Services, LLC* | |